IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS SAVAGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv334-F |
| | ) |
| BERNICE FARROWS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On June 22, 2005, the Magistrate Judge filed a Recommendation (Doc. # 4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge (Doc. # 4) which is hereby ADOPTED, it is

ORDERED the this cause is DISMISSED with as frivolous within the meaning of 28 U.S.C. § 1915(e)(2)(B).

Done this the 27th day of July, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE