IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS SAVAGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV334-F |
| | ) | [WO] |
| BERNICE FARROWS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On 27 July 2005, the court entered Final Judgment in favor of the defendants and against the plaintiff and dismissed the plaintiff's claims (Doc. # 6-1). All motions were thereafter terminated. The plaintiff filed a motion to amend his complaint on 26 August 2005 (Doc. # 7). The amendment is clearly untimely, but as well, the text of the motion reflects the plaintiff's insistence upon asserting claims under 42 U.S.C. § 1983 against a state probate judge, a state circuit judge and a private attorney for constitutional deprivations.

Because it is untimely, and for the reasons clearly articulated in the Recommendation entered on 22 June 2005 (Doc. # 4) and adopted by this court (Doc. # 6-1), it is

ORDERED that the motion is DENIED.

DONE this 31st day of August, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE